IN THE DISTRICT COURT OF COMANCHE COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| NAZZARENO MIFSUD, an individual, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CJ-2021-60 |
| KSWO TV, an individual, and GRAY TELEVISION, a foreign business entity, | ) ) ) ) | |
| Defendants. | ) | |

STATE OF OKLAHOMA
Comanche County
FILED in the
Office of the Court Clerk

JUL 19 2021

By_____
Deputy

## ORDER SUSTAINING DISMISSAL AND ALLOWING PLAINTIFF TO AMEND

NOW INTO COURT COMES on for hearing Defendants' Motion to Dismiss Plaintiff's Petition; Defendants, KSWO TV, an individual and Gray Television, a foreign business entity, being represented by and through their attorney of record, G. Rudy Hiersche, Jr., and Plaintiff, Nazzareno Mifsud, an individual, being represented through his attorney, R. Todd Waddell.

The Court, having reviewed the Court file, Defendants' Special Appearance and Motion to Dismiss, and Plaintiff's "Dismissal, and Application to Amend Petition", being fully advised in the premises, finds that KSWO TV, an individual and Gray Television, a foreign business entity, are not proper Defendants in this action. The Court further finds that the Plaintiff should be allowed to file its Petition against Gray Media Group, Inc. d/b/a KSWO-TV, the proper entity, and issue process for it. Based on such findings, it is:

ORDERED that KSWO TV, an individual, and Gray Television, a foreign business entity, are dismissed from this action.

ORDERED that Plaintiff is given twenty (20) days from the date this Order is filed to amend his Petition and issue process to bring Gray Media Group, Inc. d/b/a KSWO-TV into this action as the party Defendant and make allegations against it.

EXHIBIT 6

ORDERED that the style of this case be changed from its present style to *Nazzareno Mifsud, an individual, Plaintiff vs. Gray Media Group, Inc. d/b/a KSWO-TV, a foreign business entity, Defendant*, and issue process to it.

HONORABLE SCOTT D. MEADERS
Judge of the District Court

APPROVED FOR ENTRY:

HIERSCHE LAW FIRM

G. RUDY HIERSCHE, JR., OBA #4185
105 North Hudson
Hightower Building, Suite 540
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-3123
Facsimile: (405) 235-3142
Email: rudy@hlfokc.com
*Attorney for Gray Media Group, Inc. d/b/a KSWO-TV*

R. TODD WADDELL LAW

R. TODD WADDELL, OBA #17784
6812 N. Robinson
Oklahoma City, OK 73116
Telephone: (405) 446-8681
Email: toddwaddelllaw@live.com
*Attorney for Plaintiff, Nazzareno Mifsud*