## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NAZZARENO MIFSUD,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-21-912-G |
| | ) |
| **GRAY MEDIA GROUP, INC., d/b/a** | ) |
| **KSWO TV, a foreign business entity,** | ) |
| | ) |
|     **Defendant.** | ) |

## **ORDER**

On March 21, 2022, Plaintiff Nazzareno Mifsud filed a Countermotion for Summary Judgment on Liability Only, which is combined in the same document as Plaintiff's response to Defendant Gray Media Group Inc.'s Motion for Summary Judgment. *See* Doc. No. 20.

The deadline to file motions for summary judgment in this case was March 1, 2022. *See* Sched. Order (Doc. No. 12) ¶ 6. Plaintiff did not seek leave to file his motion for summary judgment out of time or otherwise seek relief from the dispositive motion deadline. Defendant objected to Plaintiff's motion for summary judgement on the basis it was untimely filed. *See* Def.'s Resp. (Doc. No. 23) at 3-4. Plaintiff thereafter did not request relief from the Court for his untimely motion or address Defendant's objection in his reply brief (Doc. No. 24).

The Court therefore DENIES Plaintiff's Countermotion for Summary Judgement (Doc. No. 20) as untimely. The Court, however, will consider argument in Plaintiff's

combined brief (Doc. No. 20), to the extent relevant, in considering Defendant's Motion for Summary Judgement.

    IT IS SO ORDERED this 21st day of April, 2022.

                                                        CHARLES B. GOODWIN
                                                        United States District Judge