# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NAZZARENO MIFSUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-21-912-G |
| | ) |
| GRAY MEDIA GROUP, INC., d/b/a | ) |
| KSWO TV, a foreign business entity, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is hereby referred to United States Magistrate Judge Shon T. Erwin for a settlement conference pursuant to LCvR 16.2.

IT IS SO ORDERED this 14th day of June, 2022.

_____
CHARLES B. GOODWIN
United States District Judge