## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NAZZARENO MIFSUD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-21-912-G** |
| | ) | |
| **GRAY MEDIA GROUP, INC., d/b/a** | ) | |
| **KSWO TV, a foreign business entity,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Now before the Court is a Joint Motion to Reverse Trial Order (Doc. No. 31).  The Joint Motion requests that the Court "rearrang[e] the order of trial on the Court's August trial docket to allow the present case to be set as the first case on the jury trial docket beginning on August 9, 2022."  *See* Joint Mot. at 2.

On June 6, 2022, the Court entered a Docket Call Notice to counsel for all cases set for this Court's August 2022 civil jury trial docket.  *See* Doc. No. 26.  The Docket Call Notice states that "[s]pecific trial settings will be discussed at Docket Call" and "a special trial setting cannot be guaranteed."  *Id.* at 1.  The Docket Call Notice lists four cases set for the Court's August 2022 civil jury trial docket, including this case, listed in descending order by case number.  *Id.* at 2.  None of the August 2022 civil jury trial cases have been set for specific trial dates yet.

Accordingly, the Joint Motion (Doc. No. 31) is DENIED.  The Court will consider requests by the parties for specific dates for the trial setting at the docket call scheduled for August 2, 2022, at 10:00 a.m.

IT IS SO ORDERED this 22nd day of July, 2022.

CHARLES B. GOODWIN
United States District Judge